UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VERNELL WILLIAMS, SR.<br>　　　　Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br>　　　　Defendant. | )<br>)<br>)　No. 1:13-cv-711<br>)<br>)　HONORABLE PAUL L. MALONEY<br>)<br>)<br>) |

## **JUDGMENT**

Having dismissed this lawsuit for failure to serve Defendant, as required by Federal Rule of Civil Procedure 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　November 15, 2013　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge