UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERNELL WILLIAMS, SR.           )
        Plaintiff,           )
                            )      No. 1:13-cv-711
-v-                             )
                            )      HONORABLE PAUL L. MALONEY
UNITED STATES OF AMERICA,        )
        Defendant.           )
_____)

## JUDGMENT

Having dismissed this lawsuit for failure to serve Defendant, as required by Federal Rule of

Civil Procedure 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   November 15, 2013                       /s/ Paul L. Maloney
                                               Paul L. Maloney
                                             Chief United States District Judge